DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LYNN STEELE, individually, and as personal representative
of the Estate of David Steele, deceased,

Appellants,

v.

SELECTQUOTE INSURANCE SERVICES, INC.,
and PAMELA RHETT,

Appellees.

No. 2D22-3756

_____

March 13, 2024

Appeal from the Circuit Court for Hillsborough County; Rex M. Barbas, Judge.

Gabriella E. Lopez and Raymond A. Hass of HD Law Partners, Tampa, for Appellants.

Lissette Gonzalez of Cole, Scott & Kissane, P.A., Miami, and Therese A. Savano of Cole, Scott & Kissane, P.A., Orlando, for Appellees.

PER CURIAM.

    Affirmed.

LUCAS, ATKINSON, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.